1  THOMAS P. QUINN (State Bar No. 132268)
2  NOKES & QUINN
   410 Broadway, Suite 200
3  LAGUNA BEACH, CA 92651
4  Tel: (949) 376-3500
   Fax:  (949) 376-3070
5  Email:  tquinn@nokesquinn.com
6
7  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ROBERTO ALCARAZ LEON, | Case No.: 5:14-cv-00895-LHK |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR FROM OCTOBER 6, 2014 TO OCTOBER 10, 2014; [PROPOSED] ORDER** |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC and DOES 1-10, | |
| Defendants. | |

The parties hereto stipulate to extend the deadline to complete mediation in this matter from October 6, 2014 until October 10, 2014.  Said extension is necessary because the schedules of the parties and the mediator are such that mediation cannot be scheduled until October 7, 2014 or after.  The parties

/ / /

/ / /

/ / /

/ / /

/ / /

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

schedules are such that mediation can be completed between October 7 and October 10, 2014, before the currently scheduled Case Management Conference of October 15, 2014.

Dated: September 19, 2014         DUPRÉ LAW FIRM, P.C.

/s/ Ben Dupre
BEN DUPRE
Attorney for Plaintiff
Roberto Alcaraz Leon


Dated: September 19, 2014         NOKES & QUINN

/s/ *Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR.
Attorney for Defendant
Equifax Information Services LLC


### [PROPOSED] ORDER

The stipulation of the parties is hereby adopted by the Court.

**IT IS SO ORDERED.**

Dated:

*Lucy H. Koh* (signature)          Dated: September 22, 2014

United States District Judge

- 2 -
STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR
FROM OCTOBER 6, 2014 TO OCTOBER 10, 2014; [PROPOSED] ORDER

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# CERTIFICATE OF SERVICE

## ROBERTO ALCARAZ LEON v. EQUIFAX
## CASE NO: 5:14-cv-00895-LHK

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 19, 2014**, I served a true copy of **STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR FROM OCTOBER 6, 2014 TO OCTOBER 10, 2014; [PROPOSED] ORDER**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B)

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

| Ben Dupre | Ronald Wilcox |
|---|---|
| Dupre Law Firm, P.C. | 1900 The Alameda |
| 2005 De La Cruz Blvd., Suite 203 | Suite 530 |
| Santa Clara, CA 95050 | San Jose, CA 95126 |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston

Executed this **19th day of September, 2014**, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 -
STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR
FROM OCTOBER 6, 2014 TO OCTOBER 10, 2014; [PROPOSED] ORDER