United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO ALCARAZ, </br></br> Plaintiff, </br></br> v. </br></br> EQUIFAX INFORMATION SERVICES LLC and DOES 1–10, </br></br> Defendants. | Case No.: 14-CV-00895 </br></br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 15, 2014 as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one Joint Case Management Statement by **Tuesday, October 14, 2014, at 2 p.m.**  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:   October 13, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-00895
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT